DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorney
ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7248
FAX: (415) 436-7234
Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America

**FILED**

SEP 03 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-00375 RS |
| Plaintiff, | STIPULATION TO UNSEAL CASE |
| v. | AND |
| RYAN KEVIN JOYCE and AUSTIN TAYLOR MATTOS, | [PROPOSED] ORDER |
| Defendants. | |

## STIPULATION

The above-captioned matter is set for a status conference on September 10, 2019. For the following reasons, the parties now stipulate and respectfully request that the Court issue the attached proposed order unsealing the matter.

As reason therefore, the parties state that this matter originated in the United States District Court for the Middle District of Florida, Case Number 6:18-cr-280-Orl-40DCI. At the time it was indicted, the matter was sealed. After arrests of the above two defendants had been made in the matter in the

STIP. TO UNSEAL CASE AND [PROPOSED] ORDER
19-CR-00375 RS

1

1 Northern District of California, see Docket No. 19-MJ-70097 (related Federal Rule of Criminal
2 Procedure 5 proceeding), it was unsealed. Nonetheless, when the Middle District of Florida matter was
3 transferred to the United States District Court for the Northern District of California pursuant to the
4 provisions of Federal Rule of Criminal Procedure 20, it was transferred as a sealed case.
5   There is no need for the matter to be sealed at this time. Unsealing the matter will facilitate the
6 prompt and just adjudication of this matter and is therefore appropriate.
7   Accordingly, the parties agree that the matter should be unsealed pursuant to the proposed order
8 below or whatever other order that the Court deems appropriate.
9   IT IS SO STIPULATED.

DATED: September 3, 2019

DAVID L. ANDERSON
United States Attorney

NICHOLAS J. WALSH
Assistant United States Attorney
ALEXANDRA J. SHEPARD
Special Assistant United States Attorney

DATED: September 3, 2019

DOUGLAS I. HORNGRAD  w/ permission
SAMUEL B. O'KEEFE  by NJW
Attorneys for Defendant
RYAN KEVIN JOYCE

DATED: September 3, 2019

JAMES A. BUSTAMANTE  w/ permission
Attorney for Defendant  by NJW
AUSTIN TAYLOR MATTOS

STIP. TO UNSEAL CASE AND [PROPOSED] ORDER
19-CR-00375 RS

2

# [~~PROPOSED~~] ORDER

Based on the parties' stipulation, the Court hereby ORDERS that this matter, N.D. Cal. Docket No. 19-CR-00375 RS, and the related Federal Rule of Criminal Procedure 5 proceeding, N.D. Cal. Docket No. 19-MJ-70097, be unsealed.

IT IS SO ORDERED.

DATED: September 3, 2019

THE HONORABLE RICHARD SEEBORG
United States District Judge