1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
8       Email: Alexandra.Shepard2@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-00375 RS |
| Plaintiff, | **STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RYAN KEVIN JOYCE and AUSTIN TAYLOR MATTOS, | |
| Defendants. | |

**STIPULATION**

The above-captioned matter is set for a status conference on September 10, 2019. The parties have been discussing the terms of proposed resolutions, and believe that additional time to continue these discussions and conduct additional due diligence in furtherance of the resolutions would be fruitful. The parties therefore stipulate and agree that the September 10 status conference be vacated and re-set for October 8, 2019, at 2:30 p.m.

The parties also request that the time between September 10, 2019 and October 8, 2019 be excluded in order to provide reasonable time necessary for effective preparation of counsel, pursuant to

STIP. TO UNSEAL CASE AND [PROPOSED] ORDER
19-CR-00375 RS

1

18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

DATED: September 9, 2019

DAVID L. ANDERSON
United States Attorney

 /s/
ALEXANDRA J. SHEPARD
Special Assistant United States Attorney

DATED: September 9, 2019

 /s/
DOUGLAS I. HORNGRAD
SAMUEL B. O'KEEFE
Attorneys for Defendant
RYAN KEVIN JOYCE

DATED: September 9, 2019

 /s/
JAMES A. BUSTAMANTE
Attorney for Defendant
AUSTIN TAYLOR MATTOS

STIP. TO UNSEAL CASE AND [PROPOSED] ORDER
19-CR-00375 RS

2

# **ORDER**

Based on the reasons set forth in the stipulation of the parties above, the Court hereby re-sets the hearing currently scheduled for September 10, 2019 to October 8, 2019, at 2:30 p.m., and FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the time is excluded from September 10, 2019 until October 8, 2019.

IT IS SO ORDERED.

DATED: September __9__, 2019

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIP. TO UNSEAL CASE AND [PROPOSED] ORDER
19-CR-00375 RS

3