James A. Bustamante
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Phone: 415-394-3800 | Fax: 415-522-1506
Email: james@jacksonsquarelaw.com

Attorney for Defendant
AUSTIN TAYLOR MATTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:19-CR-00375-RS |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND FOR EXCLUSION OF TIME FROM OCTOBER 8, 2019, THROUGH NOVEMBER 5, 2019. |
| RYAN KEVIN JOYCE and AUSTIN TAYLOR MATTOS, | |
| Defendants | |

## JOINT STIPULATION

On September 9, 2019, the Court set a Status conference for October 8, 2019, at 2:30 p.m. Counsel for Defendant's RYAN KEVIN JOYCE and AUSTIN TAYLOR MATTOS are jointly requesting the matter be continued to November 5, 2019 for change of plea.

Accordingly, the parties hereby stipulate and jointly request that the Court continue the Status conference, currently set for October 8, 2019, to a change of plea on November 5, 2019, at 2:30 p.m. The parties further stipulate that the time from October 8, 2019, to November 5, 2019, should be excluded from the period of time within which the Defendants' trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the

Defendants in a speedy trial.

Dated the 3rd day of October, 2019.                    Respectfully Submitted,


                                                       */s/James A. Bustamante*
                                                       JAMES A. BUSTAMANTE
                                                       Attorney for Austin Mattos

                                                       */s/Sam O'Keefe*
                                                       Sam O'Keefe
                                                       Attorney for Ryan Joyce

                                                       */s/Alexandra J. Shepard*
                                                       Alexandra J. Shepard
                                                       Assistant United States Attorney

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA AND FOR EXCLUSION OF TIME FROM OCTOBER 8, 2019, THROUGH NOVEMBER 5, 2019. 17-CR-00323 BLF

- 2 -

ORDER

Based on the parties' stipulation, the Court hereby continues the status conference previously set for October 5, 2019, to a change of plea, on November 5, 2019, at 2:30 p.m. Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the time from October 8, 2019, through November 5, 2019, is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that the failure to grant this request would unreasonably deny each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interests of the public and the Defendants in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 10/7/19

_____
THE HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA AND FOR EXCLUSION OF TIME FROM OCTOBER 8, 2019, THROUGH NOVEMBER 5, 2019. 17-CR-00323 BLF

- 3 -