1 DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6767
7     FAX: (415) 436-7234
    Email: Alexandra.Shepard2@usdoj.gov
8

9 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-00375 RS |
| Plaintiff, | **STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RYAN KEVIN JOYCE and AUSTIN TAYLOR MATTOS, | |
| Defendant. | |

**STIPULATION**

The above-captioned matter is set for a change of plea on November 5, 2019. Counsel for the United States and defendant Austin Mattos continue to discuss the terms of the proposed resolution, and believe that additional time to continue these discussions in order to finalize the resolution would be fruitful. The parties agree that it would be an efficient use of the Court's time for both co-defendants to proceed on the same schedule, because the evidence against them is so intertwined. Therefore, the parties stipulate and agree that the November 5 change of plea hearing be vacated and re-set for November 19, 2019, at 2:30 p.m.

STIP. TO CONTINUE PLEA HEARING AND PROPOSED ORDER
19-CR-00375 RS

1

The parties also request that the time between November 5, 2019 and November 19, 2019 be excluded in order to provide reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

DATED: November 4, 2019

DAVID L. ANDERSON
United States Attorney

_/s/_
ALEXANDRA J. SHEPARD
Special Assistant United States Attorney

DATED: November 4, 2019

_/s/_
DOUGLAS I. HORNGRAD
SAMUEL B. O'KEEFE
Attorneys for Defendant
RYAN KEVIN JOYCE

DATED: November 4, 2019

_/s/_
JAMES A. BUSTAMANTE
Attorney for Defendant
AUSTIN TAYLOR MATTOS

STIP. TO CONTINUE PLEA HEARING AND PROPOSED ORDER
19-CR-00375 RS

2

**ORDER**

Based on the reasons set forth in the stipulation of the parties above, the Court hereby re-sets the hearing currently scheduled for November 5, 2019 to November 19, 2019, at 2:30 p.m., and FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the time is excluded from November 5, 2019 until November 19, 2019.

IT IS SO ORDERED.

DATED: November 4, 2019

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge