| | |
|---|---|
| 1 | DOUGLAS I. HORNGRAD |
| 2 | Attorney at Law<br>(State Bar No. 95086) |
| 3 | 1736 Stockton Street<br>Maybeck Building Four |
| 4 | San Francisco, California 94133<br>Telephone (415) 397-9509 |
| 5 | Facsimile (415) 397-9519 |
| 6 | Attorney for RYAN KEVIN JOYCE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN KEVIN JOYCE and AUSTIN TAYLOR MATTOS,<br><br>Defendants. | Case No.: 19-CR-00375-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM FEBRUARY 25, 2020 TO APRIL 14, 2020** |

The above-titled matter is currently scheduled for a sentencing hearing before the Court on February 25, 2020 at 2:30 p.m. Both defendants have entered into plea agreements with the government. Counsel for Mr. Joyce has been informed that Probation Officer Brittle needs additional time to complete her pre-sentencing reports. The government does not oppose this request for continuance. Therefore, the parties agree that the February 25, 2020 at 2:30 p.m. sentencing hearing should be continued, and the parties jointly propose that the sentencing hearing be held on April 14, 2020 at 2:30 p.m.

\\

\\

*JOYCE AND MATTOS,* 19-CR-00375-RS

IT IS SO ORDERED.

  1/23/2020
   Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

Dated: January 22, 2020

/S/
DAVID L. ANDERSON
United States Attorney
Northern District of California

/S/
ALEXANDRA SHEPARD
Assistant United States Attorney

Dated: January 22, 2020

/S/
DOUGLAS HORNGRAD
Attorney for Defendant Ryan Joyce

Dated: January 22, 2020

/S/
JAMES A. BUSTAMANTE
Attorney for Defendant Austin Mattos